**EXHIBIT A**

19-2-00986-05
CMP   4
Complaint
7274239

FILED
CLALLAM CO CLERK
2019 DEC 18 P 12: 37
NIKKI BOTHEN

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR CLALLAM COUNTY

ADELAIDE MARIE ROMAN,

    Plaintiff,

v.

CITY OF PORT ANGELES POLICE DEPARTMENT

    Defendant.

NO. 19-2-00986-05

AMENDED COMPLAINT FOR DAMAGES AND OTHER RELIEF

## INTRODUCTION

This action is brought pursuant to common law and RCW 49.60 to redress acts of wrongful discharge, failure to accommodate, retaliation in violation of the Family Medical Leave Act ("FMLA"), and numerous violations of the FMLA. Plaintiff seeks lost pay, benefits and employment opportunities, emotional distress damages, attorneys' fees and costs, injunctive and other relief.

//

//

//

Record Certification: I Certify that the electronic copy is a correct copy of the original, on the date filed in this office, and was taken under the Clerk's direction and control. Clallam County Clerk, by ___ Deputy # pages: ___

AMENDED COMPLAINT FOR DAMAGES
AND OTHER RELIEF - PAGE 1

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086   FAX 206.233.9165

**ORIGINAL**



## I. JURISDICTION AND VENUE

1. Defendant does business in Clallam County. Plaintiff resides in Clallam County, and the workplace where the acts complained herein occurred is in Clallam County.

2. This court has jurisdiction pursuant to common law and Chapter 49 RCW.

## II. PARTIES

3. Plaintiff, Adelaide Marie Roman is a married woman residing in Clallam County, Washington. At all relevant times, she worked as a Police Records Specialist in Port Angeles Police Department.

4. Defendant, Port Angeles Police Department is a Washington Corporation that employs more than eight employees and has its principal office in Clallam County, Washington. It operates a police department in Port Angeles, Washington, where, at all relevant times, Plaintiff was employed.

## III. STATEMENT OF CLAIMS

5. Plaintiff, Adelaide Marie Roman (Adele Roman) worked for Port Angeles Police Department in the records division for six years. Throughout those years, Plaintiff has had a sterling performance record before her illness.

6. Plaintiff reported frequently to Defendant that her medical condition was affecting her performance at work, which arose out of her employment with Defendant. Plaintiff reported the following symptoms to Defendant which included the following, but was not limit to, blurred vision, chronic headaches, hip pain, right leg, weakness, chronic nausea,

AMENDED COMPLAINT FOR DAMAGES
AND OTHER RELIEF - PAGE 2

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086  FAX 206.233.9165

dizziness, vertigo, diarrhea, and essential tremor. These symptoms made it increasingly difficult for Plaintiff to write and type.

7. Plaintiff requested FMLA leave from Defendant, which began in December 2018.

8. Plaintiff is an eligible employee within the meaning of the FMLA.

9. Defendant threatened Plaintiff that if she did not return to work fulltime, she would lose her job, even though she was still sick and had FMLA leave available.

10. Plaintiff went back to work fulltime when she was released by her family practitioner, but her health did not improve, and her afforded accommodation was ineffective. During that time, Defendant gave negative evaluations of Plaintiff.

11. On information and belief, Defendant described Plaintiff's original evaluation on 2018 as "perfect," then Defendant back-dated a new review for 2018 and 2019 with negative results.

12. On information and belief, the chief of the Police Department, Bryan Smith, told Human Resources to back-date the review, and the City's attorney told Defendant employer that she could not say that Plaintiff's work performance had anything to do with her medical condition. This is despite the fact that Defendant understood that it did.

13. On information and belief, Defendant denied Plaintiff's accommodation request for donated leave due to working part time, and claimed that it did not have an obligation for accommodation.

14. Defendant discriminated, harassed, and retaliated against Plaintiff in violation of the FMLA and the Washington Law Against Discrimination and subjected her to such

AMENDED COMPLAINT FOR DAMAGES
AND OTHER RELIEF - 3

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL. 206.622.2086   FAX 206.233.9165

intolerable working conditions that she was left with no other option but to constructively discharge herself.

15. Plaintiff timely filed a notice of tort claim to which there has been no response.

16. As a result of Defendant's discrimination and other wrongful acts, Plaintiff suffered and continues to suffer economic damages and severe emotional distress.

## COUNT I

Defendant has discriminated against Plaintiff because of her disability, in violation of RCW 49.60.180.

## COUNT II

Defendant has retaliated against Plaintiff, in violation of RCW 49.60.210.

## COUNT III

Defendant has interfered with and retaliated against Plaintiff in violation of 29 U.S.C. §2615(a)(1) and (a)(2).

## COUNT IV

Defendant has engaged in wrongful constructive termination in violation of public policy.

WHEREFORE, Plaintiff respectfully requests the following relief:

   A. Back pay and other economic damages;

   B. Emotional distress damages;

   C. Pre-judgment interest;

   D. Reasonable attorney's fees and litigation expenses pursuant to RCW 49.48.030 and/or RCW 49.60.030(3);

   E. Injunctive relief;

AMENDED COMPLAINT FOR DAMAGES
AND OTHER RELIEF - 4

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086  FAX 206.233.9165

F. Tax relief;

G. Costs;

H. Such other relief as the Court deems appropriate.

Dated this 16th day of December, 2019.

LAW OFFICES OF JUDITH A. LONNQUIST, P.S.

Judith A. Lonnquist, WSBA #06421
Attorney for Plaintiff

AMENDED COMPLAINT FOR DAMAGES
AND OTHER RELIEF - 5

## CERTIFICATE OF SERVICE

I, Morissa Knudsen, an employee of the Law Offices of Judith A. Lonnquist, P.S., declare under penalty of perjury that on the date below, I caused to be served upon the below-listed parties, via the method of service listed below, a true and correct copy of the foregoing document.

| Party | Method of Service |
|---|---|
| Port Angeles City Attorney<br>William Bloor<br>321 E 5th Street<br>Second Floor<br>Port Angeles, WA 98362<br>Phone: 360-417-4531<br>wbloor@cityofpa.us | ☐ Hand Delivery<br>☐ Legal Messenger<br>☒ Regular Mail<br>☐ E-served by Court<br>☐ E-Mail |

Dated: December 16, 2019

*/s/ Morissa Knudsen*
Morissa Knudsen

AMENDED COMPLAINT FOR DAMAGES
AND OTHER RELIEF - 6

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086  FAX 206.233.9165